# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CAUSE NO.: 2:14-CR-31-RL |
| | ) |
| KEITH SODERQUIST, | ) |
|     Defendant. | ) |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A HEARING REGARDING WAIVER OF RIGHTS IN RELATION TO A PLEA AGREEMENT IN CAUSE NUMBER 2:14-CR-32-JTM**

TO:    THE HONORABLE RUDY LOZANO,
          UNITED STATES DISTRICT COURT

This matter is before the Court on an Order [DE 99], entered by presiding Judge Rudy Lozano on January 20, 2016. On January 19, 2016, a Plea Agreement was filed in cause number 2:14-CR-32 as to Keith Soderquist. That plea agreement contains the following relevant agreements by Defendant Keith Soderquist:

> iii. The defendant agrees to waive any and all appeal rights in Cause No. 2:14 CR 31. In doing so, the defendant agrees that all of the waiver language contained in paragraph 7(e) of this agreement shall also be applicable in Cause No. 2:14 CR 31;
>
> iv. The defendant also agrees that in Cause No. 2:14 CR 31, to withdraw all pending motions, and further agrees not to file any additional motions for a new trial;

(Docket entry 96, p. 4).

In his Order, Judge Lozano referred this matter to the undersigned Magistrate Judge for a report and recommendation as to whether Keith Soderquist is knowingly and voluntarily waiving all appeal rights in cause number 2:14-CR-31, whether he is knowingly and voluntarily withdrawing the pending motions in 2:14-CR-31, and whether he is knowingly agreeing to not file any additional motions for a new trial in 2:14-CR-31.

This matter came for hearing before Magistrate Judge Paul R. Cherry, on January 20, 2016, with the consent of Defendant Keith Soderquist, counsel for Defendant Keith Soderquist, and counsel for the United States of America. The hearing on Defendant Keith Soderquist's plea of guilty in cause number 2:14-CR-32 was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court, and on the record.

In consideration of that hearing and the statements made by Defendant Keith Soderquist under oath on the record and in the presence of counsel, I FIND as follows:

(1) Keith Soderquist agrees to waive any and all appeal rights in this cause number 2:14-CR-31;

(2) Keith Soderquist agrees that all of the waiver language contained in paragraph 7(e) of the Plea Agreement in cause number 2:14-CR-32 shall also be applicable in this cause number 2:14-CR-31;

(3) Keith Soderquist agrees to withdraw all pending motions in cause number 2:14-CR-31;

(4) Keith Soderquist agrees not to file any additional motions for a new trial in cause number 2:14-CR-31; and

(5) that the waiver and agreements by Defendant Keith Soderquist have been knowingly and voluntarily made and are not the result of force or threats or of promises.

I RECOMMEND that the Court find that Defendant Keith Soderquist is knowingly and voluntarily waiving all appeal rights in cause number 2:14-CR-31, is knowingly and voluntarily withdrawing the pending motions in 2:14-CR-31, and is knowingly agreeing to not file any additional motions for a new trial in 2:14-CR-31.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days.  28 U.S.C. § 636(b)(1).

So ORDERED this 20th day of January, 2016.

s/ Paul R. Cherry  
MAGISTRATE JUDGE PAUL R. CHERRY  
UNITED STATES DISTRICT COURT