# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 2:14-CR-32 |
| | ) | 2:14-CR-31 |
| KEITH SODERQUIST, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the "Plea Agreement," filed by the Government as to Defendant, Keith Soderquist, on January 19, 2016, in both of the above-captioned cases (DE #96 in Cause No. 2:14-cr-31 and DE #92 in Cause No. 2:14-cr-32).

This matter was referred to Magistrate Judge Paul R. Cherry for report and recommendation (DE #99 in Cause No. 2:14-cr-31 and DE #94 in Cause No. 2:14-cr-32). The Magistrate Judge held a change of plea hearing on January 20, 2016. The Magistrate Judge found that Keith Soderquist knowingly and voluntarily entered into a plea agreement as to Count III of the Indictment in Cause No. 2:14-cr-32, and that he knowingly and voluntarily was waiving his appeal rights in Cause No. 2:14-cr-31, withdrawing the pending motions in 2:14-cr-31, and agreeing to not file any additional motions for a new trial in 2:14-cr-31. (DE #102 in Cause No. 2:14-cr-31, DE #102 in Cause No. 2:14-cr-32.)

More than 14 days have passed and no party has filed any objection to the Report and Recommendation. Fed. R. Civ. P. 72(b)(2); *see also Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation). Therefore, the parties have waived their right to challenge the report and recommendation.

Accordingly, the Court now **ADOPTS** those findings and recommendations (DE #102 in Cause No. 2:14-cr-31, DE #102 in Cause No. 2:14-cr-32), **ACCEPTS** the guilty plea of Defendant Keith Soderquist, and **FINDS** the Defendant guilty of Count III of the Indictment in Cause No. 2:14-cr-32.

Sentencing will be set by the Court under separate cover.

DATED: February 16, 2016

/s/ James T. Moody, Judge
**United States District Court**

/s/ RUDY LOZANO, Judge
**United States District Court**